NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
PATRICK K. HANLY (SBN 128521)
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

Attorneys for Defendant
Arnold Herrera

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  CR S 05-410 LKK |
| Plaintiff, | **STIPULATION AND ORDER REGARDING STATUS CONFERENCE CONTINUANCE** |
| vs. | |
| ARNOLD HERRERA, | |
| Defendant. | |

Defendant Arnold Herrera, through his counsel of record, Patrick K. Hanly, and plaintiff United

States of America, through its counsel, Assistant United States Attorney Ellen Endrizzi, agree and

stipulate that the status conference set for December 13, 2005 may be continued to January 10, 2006 at

9:30 AM, in order to permit the parties to investigate, review and complete the exchange of discovery

and prepare the case for further proceedings.

This case is complex within the meaning of the Speedy Trial Act due to the extraordinary

volume of discovery, over 3000 pages, the complexity of the legal and factual Medi-Cal billing issues

arising from this case and the need for counsel to conduct an independent investigation.  Accordingly,

the time between the scheduled court appearance on December 13, 2005 and the status conference on

January 10, 2006 should continue to be excluded from the calculation of time pursuant to the Speedy

Herrera Stipulation.DOC
STIPULATION AND PROPOSED ORDER RE STATUS CONFERENCE CONTINUANCE

1   Trial Act, due to complexity and counsels' need to prepare the case for further proceedings. 18 U.S.C.

2   §3161 (h) (8) (B) (ii) and (iv), Local Codes T2/T4.

3

4   Dated: December ___, 2005              NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

                                           By:  /s/ PATRICK K. HANLY
5                                                    PATRICK K. HANLY

6                                          Attorneys for Defendant

7   Dated: December ___, 2005              UNITED STATES ATTORNEY

8
                                           By: /s/ ELLEN ENDRIZZI
9                                                  ELLEN ENDRIZZI

10                                         Assistant United States Attorney

11

12

13  IT IS SO ORDERED.

14

    Dated:  December 9, 2005
15
                                           /s/ Lawrence K. Karlton
                                           HONORABLE LAWRENCE K. KARLTON
16                                         Senior Judge, United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER RE STATUS CONFERENCE CONTINUANCE