NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
PATRICK K. HANLY (SBN 128521)
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

Attorneys for Defendant
Arnold Herrera

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ARNOLD HERRERA,<br><br>        Defendant. | Case No:  CR S 05-410 LKK<br><br>**STIPULATION AND ORDER REGARDING STATUS CONFERENCE CONTINUANCE**<br><br>**Date: 1-10-06**<br>**Time: 9:30 a.m.**<br>**Courtroom: Honorable Lawrence K. Karlton** |

    Defendant Arnold Herrera, through his counsel of record, Patrick K. Hanly, and plaintiff United States of America, through its counsel, Assistant United States Attorney Ellen Endrizzi, agree and stipulate that the status conference currently set for January 10, 2006 may be continued to January 31, 2006 at 9:30 AM, in order to permit the parties to further investigate, review and complete the exchange of discovery and prepare the case for further proceedings.

    This case is complex within the meaning of the Speedy Trial Act due to the extraordinary volume of discovery, over 3000 pages, the complexity of the legal and factual Medi-Cal billing issues arising from this case and the need for counsel to conduct an independent investigation.  Moreover, the parties have been in ongoing plea negotiations and may have the case resolved by the next court date. Accordingly, the time between the scheduled court appearance on January 10, 2006 and the status

conference on January 31, 2006 should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and counsels' need to prepare the case for further proceedings. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv), Local Codes T2/T4.

Dated: January 6, 2006        NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By:  /s/ PATRICK K. HANLY
        PATRICK K. HANLY

Attorneys for Defendant

Dated: January 6, 2006        UNITED STATES ATTORNEY

By: /s/ ELLEN ENDRIZZI
       ELLEN ENDRIZZI

Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: January 6, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior Judge, United States District Court

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
PATRICK K. HANLY (SBN 128521)
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

Attorneys for Defendant
Arnold Herrera

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ARNOLD HERRERA,<br><br>       Defendant. | Case No:  CR S 05-410 LKK<br><br>**STIPULATION AND ORDER REGARDING STATUS CONFERENCE CONTINUANCE**<br><br>**Date: 1-10-06**<br>**Time: 9:30 a.m.**<br>**Courtroom: Honorable Lawrence K. Karlton** |

    Defendant Arnold Herrera, through his counsel of record, Patrick K. Hanly, and plaintiff United States of America, through its counsel, Assistant United States Attorney Ellen Endrizzi, agree and stipulate that the status conference currently set for January 10, 2006 may be continued to January 31, 2006 at 9:30 AM, in order to permit the parties to further investigate, review and complete the exchange of discovery and prepare the case for further proceedings.

    This case is complex within the meaning of the Speedy Trial Act due to the extraordinary volume of discovery, over 3000 pages, the complexity of the legal and factual Medi-Cal billing issues arising from this case and the need for counsel to conduct an independent investigation.  Moreover, the parties have been in ongoing plea negotiations and may have the case resolved by the next court date. Accordingly, the time between the scheduled court appearance on January 10, 2006 and the status

1  conference on January 31, 2006 should continue to be excluded from the calculation of time pursuant to
2  the Speedy Trial Act, due to complexity and counsels' need to prepare the case for further proceedings.
3  18 U.S.C. §3161 (h) (8) (B) (ii) and (iv), Local Codes T2/T4.

Dated: January 6, 2006           NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

                                 By: /s/ PATRICK K. HANLY
                                     PATRICK K. HANLY

                                 Attorneys for Defendant

Dated: January 6, 2006           UNITED STATES ATTORNEY


                                 By: /s/ ELLEN ENDRIZZI
                                     ELLEN ENDRIZZI

                                 Assistant United States Attorney



**IT IS SO ORDERED**.

Dated: January 6, 2006
                                 /s/ Lawrence K. Karlton
                                 HONORABLE LAWRENCE K. KARLTON
                                 Senior Judge, United States District Court