NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
PATRICK K. HANLY (SBN 128521)
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

Attorneys for Defendant
Arnold Herrera

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLD HERRERA,<br><br>Defendant. | Case No: CR S 05-410 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>**Date: 1-31-06**<br>**Time: 9:30 a.m.**<br>**Courtroom: Honorable Lawrence K. Karlton** |

Defendant Arnold Herrera, through his counsel of record, Patrick K. Hanly, and plaintiff United States of America, through its counsel, Assistant United States Attorney Ellen Endrizzi, agree and stipulate that the status conference currently set for January 31, 2006 may be continued to February 14, 2006 at 9:30 AM, in order to permit the parties to further investigate, review and complete the exchange of discovery and prepare the case for further proceedings.

This case is complex within the meaning of the Speedy Trial Act due to the extraordinary volume of discovery, over 3000 pages, the complexity of the legal and factual Medi-Cal billing issues arising from this case and the need for counsel to conduct an independent investigation. Accordingly, the time between the scheduled court appearance on January 31, 2006 and the status conference on February 14, 2006 should continue to be excluded from the calculation of time pursuant to the Speedy

Trial Act, due to complexity and counsels' need to prepare the case for further proceedings. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv), Local Codes T2/T4.

Dated: January 27, 2006

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By: /s/ PATRICK K. HANLY
PATRICK K. HANLY

Attorneys for Defendant

Dated: January 27, 2006

UNITED STATES ATTORNEY

By: /s/ ELLEN ENDRIZZI
ELLEN ENDRIZZI

Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: January 27 ,2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior Judge, United States District Court