LAW OFFICE OF PATRICK K. HANLY
PATRICK K. HANLY (SBN 128521)
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
ARNOLD HERRERA.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  CR S 05-410 LKK |
| Plaintiff, | **STIPULATION AND ORDER RESCHEDULING DEFENDANT'S DATE TO SURRENDER FOR SERVICE OF SENTENCE** |
| vs. | |
| ARNOLD HERRERA, | **Date: 2-23-07** |
| Defendant. | **Time: 9:30 a.m.** |
| | **Courtroom: Honorable LAWRENCE K. KARLTON, Senior Judge** |

Defendant Arnold Herrera, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Ellen Endrizzi, agree and stipulate that due to the recent diagnosis of a medical condition that requires immediate evaluation and treatment, defendant's current date to surrender for service of sentence of March 6, 2007, shall be continued to September 6, 2007.

Dated: February 23, 2007     LAW OFFICES OF PATRICK K. HANLY

                              By:  /s/ PATRICK K. HANLY
                                   PATRICK K. HANLY
                                   Attorney for Defendant

---

STIPULATION AND PROPOSED ORDER RE SURRENDER DATE

Dated: February 23, 2007         UNITED STATES ATTORNEY

                                         By: /s/  Ellen Endrizzi
                                                       Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby vacates defendant's previously Ordered date to surrender for service of sentence of March 6, 2007, and hereby Orders a new date to surrender for service of sentence of September 7, 2007.

**IT IS SO ORDERED**.

Dated: February 26, 2007

                                                       _____
                                                       LAWRENCE K. KARLTON
                                                       SENIOR JUDGE
                                                       UNITED STATES DISTRICT COURT