LAW OFFICE OF PATRICK K. HANLY
PATRICK K. HANLY (SBN 128521)
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Arnold Herrera

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No:  CR S 05-410 LKK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER RESCHEDULING |
| | ) DEFENDANT'S SURRENDER DATE |
| vs. | ) |
| | ) Date: N/A |
| ARNOLD HERRERA, | ) Time: N/A |
| | ) Courtroom: Honorable LAWRENCE K. |
| Defendant. | ) KARLTON United States District |
| | ) Court Judge |

Defendant Arnold Herrera, through his counsel of record, Patrick K. Hanly, and plaintiff United States of America, through its counsel, Assistant United States Attorney Ellen Endrizzi, agree and stipulate that the time for defendant Herrera to surrender to begin serving his prison sentence may be extended from September 7, 2007 to January 2, 2008 to allow the defendant to finalize his financial arrangements before serving his prison sentence.  Accordingly, the

///

///

STIPULATION AND PROPOSED ORDER RE SURRENDER DATE

parties stipulate and agree that defendant Herrera need not report to Lompoc FCI until January 2, 2008.

Dated: August 21, 2007          LAW OFFICES OF PATRICK K. HANLY

                                By:  /s/ PATRICK K. HANLY
                                         PATRICK K. HANLY
                                         Attorney for Defendant
                                         Arnold Herrera


Dated: August 21, 2007          UNITED STATES ATTORNEY

                                By: /s/  Ellen Endrizzi
                                         Assistant United States Attorney


**ORDER**

    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby vacates the previous date of September 7, 2007, for defendant to report to FCI Lompoc to begin serving his sentence and sets a new date of January 2, 2008 for defendant to self-surrender to authorities at FCI Lompoc to begin serving his prison sentence.

    **IT IS SO ORDERED.**

Dated: August 22, 2007

                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

---

STIPULATION AND PROPOSED ORDER RE SURRENDER DATE