```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
12          Plaintiff,
13              v.                      CR. NO. S-05-410 LKK
14  ARNOLD HERRERA,
15          Defendant.
                                      /
16  UNITED STATES OF AMERICA,
17          Plaintiff,
18              v.                      MISC. NO. S-10-051 FCD/EFB
19  ARNOLD HERRERA,
                                        RELATED CASE ORDER
20
            Defendant.
21  _____/
```

22      Pending before the court is a notice of related cases
23 concerning United States v. Herrera, 2:05-cr-410-LKK and United
24 States v. Herrera, 2:10-mc-51-FCD-EFB.
25      Examination of the above-entitled actions reveals that
26 they are related within the meaning of Local Rule 123.  The earlier

case resulted in a judgment imposing $350,000 in restitution on Herrera, and the latter case seeks a writ of garnishment to be used in satisfying this judgment. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Accordingly the court ORDERS as follows:

1. The above cases are RELATED.
2. The action denominated Civ. No. 2:10-mc-51-FCD-EFB is REASSIGNED to Judge Lawrence K. Karlton for all further proceedings, and any dates currently set in the reassigned case only, are hereby VACATED.
3. Because the earlier case was a criminal case to which no magistrate judge was assigned, Magistrate Judge Brennan shall remain assigned to the latter case.
4. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:10-mc-51-LKK-EFB.

////
////

5. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: May 19, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT